June, 10, 2009

IN UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE TENNESSEE

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN
JUN 12 2009
BY_____
DEPUTY CLERK

RECEIVED
IN CLERK'S OFFICE
JUN 12 2009
U.S. DISTRICT COURT
MID. DIST. TENN.

RUSSELL W. MORTON
VS.
CRIMINAL Court Clerk
Room #108
JUDICIAL BUILDING
MURFREESBORO TN.
ELOISE GAITHER

MOTION ASKING THIS COURT TO
REPLACE CRIMINAL Court Clerk
IN MURFREESBORO TENNESSEE

3-09MC 0126

[margin note:] ORDER This motion is DENIED as Removal from Office of this Defendant is governed by state law. [signature] 8/12/09 MOTO 2-7-09

Comes Russell W. Morton asking this honorable Court to do something about this Criminal Court Clerk office at Murfreesboro Tennessee, that miss Eloise Gaither is elected to run this office by the vote of the people there for she is held under oath, not to lie to the people I am in the Rutherford County Jail at Murfreesboro and my mail is not getting to me by U.S. Federal mail I can prove this matter the police here at the jail are bring mail back from the Court with a Certificate of Service on the back page saying and I quote I hereby certify that a true copy of the foregoing has been delivered by U.S. mail to the following. Please notice paper as Exb 1 on the 1 day of June 2009 I feel that not only me but the rest of the Inmates rights are beening violate. If Federal Court don't stop this Clerk office from playing with our mail

10, day of June 2009
Russell Morton
Rutherford County Jail

Case 3:09-cv-00609 Document 1 Filed 06/12/2009 Page 1 of 4